

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC L. EGGERS and<br>RACHEL D. STANTEISKI,<br><br>    Defendants. | 4:22-CR3133<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(1)(A)<br>18 U.S.C. § 2<br>18 U.S.C. § 371 |

The Grand Jury charges that

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
OCT 18 2022
OFFICE OF THE CLERK

COUNT ONE
(Felon In Possession Of Ammunition)

On or about August 2, 2022, in the District of Nebraska, defendant ERIC L. EGGERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1) Driving while under the influence of alcohol (BAC 0.15 or greater), third offense, a Class IIIA felony, in the Buffalo County, Nebraska District Court, in CR12-164, convicted on about September 26, 2012,

did knowingly possess in and affecting interstate and foreign commerce, ammunition, to wit: Winchester 223 Remington ammunition, said ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
(Felon In Possession Of A Firearm)

On or about August 18, 2022, in the District of Nebraska, defendant ERIC L. EGGERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1) Driving while under the influence of alcohol (BAC 0.15 or greater), third offense, a Class IIIA felony, in the Buffalo County, Nebraska District Court, in CR12-164, convicted on about September 26, 2012,

did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a 300 Blackout, .223 rifle, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
(Felon In Possession Of A Firearm)

On or about August 24, 2022, in the District of Nebraska, defendant ERIC L. EGGERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1) Driving while under the influence of alcohol (BAC 0.15 or greater), third offense, a Class IIIA felony, in the Buffalo County, Nebraska District Court, in CR12-164, convicted on about September 26, 2012,

did knowingly possess in and affecting interstate and foreign commerce, one or more firearms, to wit:

1) a Charter Arms, 38 caliber revolver, with serial number 21J05479;

2) a Rock Island Armory, model 1911A1, .45 caliber pistol, with serial number RIA2331064;

3) a Rock Island Armory, model 1911A1, .45 caliber pistol, with serial number RIA1481237;

4) a Daniel Defense Inc., .223 caliber rifle, with serial number DDM4059889;

5) a F. LLI Pietta, model 1873 SA, .45 caliber revolver, with serial number E109220;

6) a Glock GMBH, model 17, 9 mm pistol, with serial number BFXS538;

7) a Kimber Eclipse Custom II, 10 mm pistol, with serial number KF48591;

8) a Mossberg, model MVP, 7.62 mm rifle, with serial number MVP0025211;

9) a Radical Firearms Inc., RF-15, 556 caliber pistol, with serial number 20-042680;

10) a Remington Arms Company, Inc., model 870, 12 gauge shotgun, with serial number 5638150V;

11) a Remington Arms Company, Inc., model 870 Tactical, 12 gauge shotgun, with serial number AB180976M;

12) a Ruger, model GP100, .357 revolver, with serial number 179-1856;

13) a Ruger, model 22/45 LITE pistol, with serial number 391-44751;

14) a Smith & Wesson, M&P 40, .40 caliber pistol, with serial number NJA9231;

15) a Heritage MFG. Inc., .22 caliber revolver, with serial number 3PH036769; and

16) a Rock Island Armory, model A380 Baby Rock, .380 caliber pistol, with serial number RIA2509429,

said firearms having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR
(Felon In Possession Of A Firearm)

On or about July 5, 2022, in the District of Nebraska, defendant ERIC L. EGGERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1) Driving while under the influence of alcohol (BAC 0.15 or greater), third offense, a Class IIIA felony, in the Buffalo County, Nebraska District Court, in CR12-164, convicted on about September 26, 2012,

did knowingly possess in and affecting interstate and foreign commerce, one or more firearms, to wit:

1) a Kimber Eclipse Custom II, 10 mm pistol, with serial number KF48591;

2) a Charter Arms 2000, model Boxer, .38 SPL pistol, with serial number 21J05479; and

3) a Taurus, Circuit Judge Revolving Carbine, .45 LC/.410 rifle, with serial number ET8311,

said firearms having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE
(Felon In Possession Of Ammunition)

On or about August 11, 2022, in the District of Nebraska, defendant ERIC L. EGGERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1) Driving while under the influence of alcohol (BAC 0.15 or greater), third offense, a Class IIIA felony, in the Buffalo County, Nebraska District Court, in CR12-164, convicted on about September 26, 2012,

did knowingly possess in and affecting interstate and foreign commerce, ammunition, to wit: approximately 660 rounds of Sellier & Bellot 300 Blackout ammunition, said ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX
(False Statement To A Federal Firearm Licensee)

On or about May 7, 2022, in the District of Nebraska, defendants ERIC L. EGGERS and RACHEL D. STANTEISKI, in connection with the acquisition of a firearm, to wit: a Charter Arms 38 SPL, with serial number 21J05479, from Sappa Creek Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sappa Creek Gunsmithing, which statement was intended and likely to deceive Sappa Creek Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to defendant RACHEL D. STANTEISKI under chapter 44 of Title 18, in that defendant RACHEL D. STANTEISKI represented that she was the actual buyer of the firearm, when in truth and in fact, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT SEVEN
(False Statement To A Federal Firearm Licensee)

On or about May 10, 2022, in the District of Nebraska, defendants ERIC L. EGGERS and RACHEL D. STANTEISKI, in connection with the acquisition of a firearm, to wit: a Rock Island Armor, model Baby Rock, .380 handgun, with serial number RIA2509429, from Sappa Creek Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sappa Creek Gunsmithing, which statement was intended and likely to deceive Sappa Creek Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to defendant RACHEL D.

STANTEISKI under chapter 44 of Title 18, in that defendant RACHEL D. STANTEISKI represented that she was the actual buyer of the firearm, when in truth and in fact, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT EIGHT
(False Statement To A Federal Firearm Licensee)

On or about August 2, 2022, in the District of Nebraska, defendants ERIC L. EGGERS and RACHEL D. STANTEISKI, in connection with the acquisition of a firearm, to wit: a Radical Arms, RF-15, 5.56 mm rifle, with serial number 20-042680, from Sappa Creek Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sappa Creek Gunsmithing, which statement was intended and likely to deceive Sappa Creek Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to defendant RACHEL D. STANTEISKI under chapter 44 of Title 18, in that defendant RACHEL D. STANTEISKI represented that she was the actual buyer of the firearm, when in truth and in fact, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT NINE
(Conspiracy To Violate Federal Firearms Laws)

**THE CONSPIRACY AND ITS OBJECTIVES**

1. Beginning on a date unknown, but not later than about May 10, 2022, and continuing until a date unknown, but not earlier than about August 24, 2022, in the District of Nebraska and elsewhere, defendants ERIC L. EGGERS and RACHEL D. STANTEISKI, knowingly and intentionally conspired with each other and with others known and unknown to

commit offenses against the United States, specifically, (1) knowingly making false statements or representations with respect to information required to be kept by Sappa Creek Gunsmithing, a federal firearms licensee located in Oxford, Nebraska, in violation of Title 18, United States Code, Section 924(a)(l)(A); and (2) in connection with the acquisition or attempted acquisition of any firearm or ammunition from Sappa Creek Gunsmithing, knowingly making a false oral or written statement, intended or likely to deceive Sappa Creek Gunsmithing with respect to any fact material to the lawfulness of the sale of such firearm or ammunition in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18, United States Code, Section 371.

## MANNER AND MEANS OF THE CONSPIRACY

2.      It was part of the conspiracy that defendant RACHEL D. STANTEISKI made false statements in connection with the acquisition or attempted acquisition of firearms from Sappa Creek Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statements were intended and likely to deceive Sappa Creek Gunsmithing as to a fact material to the lawfulness of the sale of each of the respective firearms.

3.      It was part of the conspiracy that defendant RACHEL D. STANTEISKI made false statements and representations in the forms that Sappa Creek Gunsmithing was required to keep in connection with the sale of each respective firearm, to wit: ATF Form 4473's.

4.      It was part of the conspiracy that defendant RACHEL D. STANTEISKI made false statements and representations on ATF Form 4473's to obtain firearms for defendant ERIC L. EGGERS, who is a prohibited person and unable to purchase firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, including Sappa Creek Gunsmithing.

## OVERT ACTS

5.      As part of the conspiracy, on or about May 7, 2022, defendant RACHEL D. STANTEISKI went to Sappa Creek Gunsmithing, completed ATF Form 4473 regarding a Charter Arms 38 SPL, with serial number 21J05479, lied on question 21(a) and stated she was the actual buyer of the firearm, and obtained the firearm for defendant ERIC L. EGGERS.  On or about July 12, 2022, defendant ERIC L. EGGERS brought the firearm back to Sappa Creek Gunsmithing for repairs.

6.      As part of the conspiracy, on or about May 10, 2022, defendant ERIC L. EGGERS ordered from Sappa Creek Gunsmithing a Rock Island Armory, Baby Rock 380 ACP pistol, with serial number RIA2509429, and defendant RACHEL D. STANTEISKI later went to Sappa Creek Gunsmithing, completed ATF Form 4473 regarding the firearm, lied on question 21(a) and stated she was the actual buyer of the firearm, and obtained the firearm for defendant ERIC L. EGGERS.

7.      As part of the conspiracy, on or about May 17, 2022, defendant RACHEL D. STANTEISKI went to Sappa Creek Gunsmithing, completed ATF Form 4473 regarding a Kimber, Eclipse Custom, 10 mm handgun, with serial number KF48591, lied on question 21(a) and stated she was the actual buyer of the firearm, and obtained the firearm for defendant ERIC L. EGGERS.  On or about July 5, 2022, defendant ERIC L. EGGERS brought the firearm back to Sappa Creek Gunsmithing for repairs.

8.      As part of the conspiracy, on or about July 9, 2022, defendant RACHEL D. STANTEISKI went to Sappa Creek Gunsmithing, completed ATF Form 4473 regarding a Heritage Manufacturing, Rough Rider handgun, with serial number 3PH036769, lied on question 21(a) and stated she was the actual buyer of the firearm, obtained the firearm for defendant ERIC L. EGGERS, and the firearm was paid for using the Mastercard ending in -7788.

9. As part of the conspiracy, on or about August 2, 2022, defendant ERIC L. EGGERS ordered from Sappa Creek Gunsmithing a Radical Arms RF-15, 5.56 mm rifle, with serial number 20-042680, and defendant RACHEL D. STANTEISKI later went to Sappa Creek Gunsmithing, completed ATF Form 4473 regarding the firearm, lied on question 21(a) and stated she was the actual buyer of the firearm, and obtained the firearm for defendant ERIC L. EGGERS.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
JODY B. MULLIS
Assistant U.S. Attorney